# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 19, 2020

## NO. 03-19-00410-CR

**Rick Allen Hirst, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 51ST DISTRICT COURT OF TOM GREEN COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES BAKER AND TRIANA
AFFIRMED -- OPINION BY CHIEF JUSTICE ROSE**

This is an appeal from the judgment of conviction rendered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.